# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR MARTINEZ,<br># A30-700-636,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Defendant. | Civil No.   06-CV-1260 L (JMA)<br><br>**ORDER DISMISSING FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM PURSUANT TO 28 U.S.C. § 1915(e)(2)** |

**I.    Procedural History**

Victor Martinez, a Bureau of Immigration and Customs Enforcement ("BICE") detainee proceeding pro se and currently housed at the San Pedro Processing Center[1], submitted a civil action pursuant to the Federal Tort Claims Act ("FTCA") under 28 U.S.C. § 1346(b) on June 30, 2006 [Doc. No. 1]. In his Complaint, Plaintiff alleges that, while he was incarcerated at the San Diego Correctional Facility ("SDCF") in San Diego, various Corrections Corporation of

---

[1] A review of the docket indicates that Plaintiff may have had a change of address. This concern was set forth in the Court's Order dated March 28, 2007. Plaintiff is once again admonished that it is his obligation to file with the Clerk of the Court and serve on opposing counsel any and all notices of change address.

America ("CCA") Security Officers responsible for operating SDCF violated his constitutional rights.

The Court granted Plaintiff's Motion to Proceed *In Forma Pauperis* but sua sponte dismissed his Complaint pursuant to 28 U.S.C. § 1915(e)(2) because he failed to state a claim upon which relief could be granted. *See* Jan. 8, 2007 Order at 4-5. However, the Court granted Plaintiff leave to file an Amended Complaint correcting the deficiencies of pleading noted in the Court's Order. *Id.* at 5.

On March 29, 2007, after seeking an extension of time to file a First Amended Complaint, Plaintiff filed a document entitled "Motion to File First Amended Complaint as [Ordered] by the Court Pursuant to the FRCP" [Doc. No. 17]. However, in the body of this motion, Plaintiff stated that he was, in fact, submitting his First Amended Complaint. Thus, the Court filed this "motion" as Plaintiff's First Amended Complaint.

## II.   Sua Sponte Screening pursuant to 28 U.S.C. § 1915(e)(2)

In the Court's previous Order, Plaintiff was told that he must address the deficiencies of pleading in his Amended Complaint and the Amended Complaint "must be complete in itself" without reference to his original Complaint. *See* Jan. 8, 2007 Order at 5. In other words, Plaintiff was to file an Amended Complaint that corrected the problems identified but he was also to reallege the facts that he believed form the basis of his original Complaint. *See* S.D. CAL. CIV LR 15.1. The First Amended Complaint filed by Plaintiff does not contain any factual allegations that form the basis of this action. Accordingly, the Court DISMISSES Plaintiff's First Amended Complaint for failing to state a claim upon which relief can be granted. However, the Court will permit Plaintiff the opportunity to file a Second Amended Complaint which not only address the problems with Plaintiff's original Complaint as identified by the Court in its January 8, 2007 Order but also sets forth the relevant factual allegations.

## III.   Conclusion and Order

Good cause appearing, **IT IS HEREBY ORDERED**:

1.   Plaintiff's First Amended Complaint [Doc. No. 17] is **DISMISSED** without prejudice for failing to state a claim upon which relief may be granted. *See* 28 U.S.C.

1  § 1915(e)(2). Plaintiff is granted sixty (60) days from the date this Order is filed in which to file
2  an amended complaint which addresses each deficiency of pleading noted above. Plaintiff's
3  Second Amended Complaint must be complete in itself without reference to the superseded
4  pleading. *See* S. D. CA. CIV. L R. 15.1. Defendants not named and all claims not re-alleged in
5  the Amended Complaint will be deemed to have been waived. *See King v. Atiyeh*, 814 F.2d 565,
6  567 (9th Cir. 1987).

7      2.    The Clerk of the Court is directed to mail a Form Amended Complaint to Plaintiff.
8  **IT IS SO ORDERED.**

10 DATED: April 23, 2007

11                                       M. James Lorenz
12                                       United States District Court Judge